

**NISAR LAW GROUP, P.C.**
Employment Attorneys
570 Lexington Avenue, 16th floor
New York, NY 10022

*Casey Wolnowski*, *Senior Managing Counsel*
Email: cwolnowski@nisarlaw.com
Direct: (646) 449-7210
Fax: (877) 720-0514

February 21, 2020

<u>*Via ECF*</u>
Hon. Jesse M. Furman, U.S.D.J.
U.S. District Court (S.D.N.Y.)
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

     Re:    ***Villanueva v. FFO Group, LLC, et al.***
               **Case No.: 19-cv-10307 (JMF)**

Your Honor:

    This letter is respectfully submitted on behalf of all parties with regard to the above-captioned matter. In brief, the parties have reached a settlement in principle; in light of the foregoing, the parties respectfully request the Court to adjourn the initial conference presently scheduled for February 27, 2020, to stay all present deadlines *sine die*, and to allow the parties a reasonable period of time to formalize an agreement in writing and thereafter file a Stipulation of Dismissal With Prejudice.

    The parties thank the Court for its attention to this matter.

                    Respectfully submitted,

                    _____
                    Casimir Wolnowski, Esq.
                    *Attorneys for Plaintiff*
                    570 Lexington Ave., 16th Floor
                    New York, NY 10022
                    Ph: (646) 449-7210
                    Fax: (877) 720-0514
                    Email: cwolnowski@nisarlaw.com