UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN VILLANUEVA,

                Plaintiff,

      -against-

FFO GROUP, LLC, PHILIP FALCONE, *Individually*, and LISA FALCONE, *Individually*,

                Defendants.

---

Case No. 1:19-cv-10307 (JMF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED**, by and between the undersigned attorneys, that the claims in this action are hereby dismissed with prejudice, without costs or attorneys' fees except as otherwise agreed to between the plaintiff and the defendants.

Dated:  March 25, 2020

**NISAR LAW GROUP, P.C.**

_/s/ Casimir Wolnowski_
Casimir Wolnowski
570 Lexington Avenue, 16th floor
New York, NY 10022
Tel.: (646) 449-7210
Fax: (877) 720-0514

*Attorneys for Plaintiff*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

_/s/ Alexander P. Wentworth-Ping_
Alexander P. Wentworth-Ping
51 Madison Avenue, 22nd floor
New York, NY 10010
Tel.: (212) 849-7584
Fax: (212) 849-7100

*Attorneys for Defendants*

SO ORDERED.

March 27, 2020